UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER FLOURNOY #423272, | Case No. 1:07-CV-676 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | |
| DOUGLAS VASBINDER, | |
| Respondent. | |

## **JUDGMENT**

Final judgment is entered in favor of respondent Vasbinder and against petitioner Flournoy.

**IT IS SO ORDERED this 6th day of April 2010.**

                                                  /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge